UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

VINEYARD CREEK LLC,

           Plaintiff,

-against-

CHATEAU DIANA, LLC,

           Defendant.
_____X

Civil Action No.
15-cv-1403(CM)(PED)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff, VINEYARD CREEK LLC, certifies that this party is a non-governmental corporate party, and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated:    White Plains, New York
             May 27, 2015

Respectfully submitted,

By: _____
Kevin J. Harrington, Esq.
John T. A. Rosenthal, Esq.
HARRINGTON, OCKO & MONK LLP
*Attorneys for Plaintiff*
VINEYARD CREEK LLC
81 Main Street, Suite 215
White Plains, NY 10601
Tel. (914) 686-4800
Fax (914) 686-4824
kharrington@homlegal.com
jrosenthal@homlegal.com

TO:

CHATEAU DIANA INCORPORATED
6195 Dry Creek Road
Healdsburg, CA 95448